**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6412

DANIEL H. KING,

             Petitioner - Appellant,

      v.

JUSTIN ANDREWS, Warden,

             Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge.   (5:12-hc-02259-FL; 5:12-hc-02271-FL; 5:12-hc-
02288-FL)

Submitted:  July 29, 2014            Decided:  August 1, 2014

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel H. King, Appellant Pro Se.  Kimberly Ann Moore, OFFICE OF
THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel H. King, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petitions. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. King v. Andrews, Nos. 5:12-hc-02259-FL; 5:12-hc-02271-FL; 5:12-hc-02288-FL (E.D.N.C. Mar. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED